AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | | |
|---|---|---|
| FIDELITAD, INC., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   2:13-CV-3128-TOR |
| | ) | |
| | ) | |
| INSITU, INC., | ) | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:   Defendant Insitu, Inc. recover from the Plaintiff Fidelitad Inc. the amount of Twenty Seven Thousand dollars ($27,000.00) plus prejudgment interest in the amount of Nineteen Thousand Four Hundred Forty Eight dollars and Eighty Six cents ($19,448.86) and post judgment interest at the rate of .82% per anum along with costs.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   Thomas O. Rice _____ on a motion for  summary judgment.

Date:  January 26, 2017 _____

*CLERK OF COURT*

SEAN F. McAVOY _____

s/ Linda L. Hansen _____
*(By) Deputy Clerk*

Linda L. Hansen _____