# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FIDELITAD, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>INSITU, INC.,<br><br>    Defendant. | NO: 2:13-CV-3128-TOR<br><br>ORDER REMANDING TO THE KLICKITAT COUNTY SUPERIOR COURT |

BEFORE THE COURT is the Opinion from the Ninth Circuit Court of Appeals reversing and remanding the judgment of this Court and instructing this Court to remand this action to the state court. ECF No. 221. The Mandate from the Ninth Circuit Court of Appeals was filed today, thereby returning jurisdiction to this Court. ECF No. 223. No stay of the mandate was sought or obtained. *See* Ninth Circuit Case No. 17-35162.

//

//

ORDER REMANDING TO THE KLICKITAT COUNTY SUPERIOR COURT ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. This case is hereby **REMANDED** to the Klickitat County Superior Court for all further proceedings (former Klickitat County Superior Court No. 13-2-00240-5).

2. The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, <u>mail a certified copy to the Clerk of the Klickitat County Superior Court</u>, and **CLOSE** the file.

   **DATED** October 31, 2018.



                     THOMAS O. RICE
              Chief United States District Judge